UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATILDA JAMES,<br><br>Defendant. | CASE NO. CR07-216-MJP<br><br>BOND REVOCATION AND DETENTION ORDER |

## INTRODUCTION

I conducted a bond revocation hearing on December 28, 2007. The United States was represented by Roger Rogoff for Bruce Miyake. The defendant was represented by Michele Shaw.

## ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSION

U.S. Pretrial Officer Brenda Amundson alleged in a violation report submitted to the Court, that Defendant violated the conditions of the bond in the following respect:

(1) Violation of the standard bond condition that she not commit any federal, state or local crime during her period of release by being arrested on 2 counts of Assault on or about December 22, 2007.

//
//

BOND REVOCATION AND DETENTION ORDER
PAGE -1-

At the December 28 hearing, I advised the defendant of the charge and of her constitutional rights. The defendant admitted to the violation ans stipulated to detention.  The bond is revoked and the defendant shall be detained pending further disposition by the Court.

DATED This 3rd day of January, 2008.

    _M. Benton_
MONICA J. BENTON
United States Magistrate Judge

BOND REVOCATION AND DETENTION ORDER
PAGE -2-